476 A.2d 57

Commonwealth v. Cheatham, Appellant.
Petition for Allowance of Appeal
Denied Aug. 20, 1984.

Argued February 22, 1984. Alexander Hemphill, for appellant. Charles Butler, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.